United States District Court
Southern District of Texas
**ENTERED**
August 16, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FERCAN E. KALKAN AND PINEY POINT 2023, LLC<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE) AND GAVRIEL TOSO, AS SUBSTITUTE TRUSTEE,<br><br>*Defendants*. | § § § § § § § § § § § § § § § | Civil Action No. 4:24-cv-2548 |

## ORDER STRIKING MOTION

Plaintiffs initiated this case in state court to halt the foreclosure sale of a multi-family property. ECF 1-1 at 5-20. On July 7, 2024, Defendants removed the case to this federal court based on diversity jurisdiction. ECF 1. There are two other pending federal court cases involving the same property in which Plaintiffs and Fannie Mae are named as defendants: *SITG Capital Partner, LLC v. Kalkan et al.*, Civil Action No. 4:24-cv-2906, pending before District Judge David Hittner, and *Adil Property, Inc. v. Kalkan et al.*, Civil Action No. 4:24-cv-2972, pending before District Judge Alfred H. Bennett. In Civil Action No. 4:24-cv-2906 (ECF 6), the parties stipulated to a TRO prohibiting foreclosure to remain in place through September 9, 2024.

Pending before the Court is Defendants' Motion to Consolidate the cases referenced above with this first-filed federal case pursuant to Federal Rule of Civil

Procedure 42(a). ECF 15. The Motion to Consolidate does not contain a Certificate of Conference as required by Local Rule of the Southern District of Texas 7.1(D). It is therefore

ORDERED that Defendants' Motion to Consolidate (ECF 15) is STRICKEN from the record for failure to comply with Local Rules. It is further

ORDERED that Defendants may refile the Motion to Consolidate if it is accompanied by a Certificate of Conference indicating that counsel for all plaintiffs and defendants have conferred and either agree or cannot agree on disposition of the Motion.

Signed on August 16, 2024, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge