United States District Court
Southern District of Texas
**ENTERED**
September 19, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **FERCAN E. KALKAN, individually,** and **PINEY POINT 2023, LLC,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**FANNIE MAE and GAVRIEL TOSO,** as Substitute Trustee,<br><br>**Defendants.** | **Civil Action No. 24-cv-02548**<br>(Consolidate with Civil Action Nos. 24-cv-02906 and 24-cv-02972) |
| **SITG CAPITAL PARTNERS, LLC**<br><br>**Plaintiff,**<br><br>v.<br><br>**FERCAN E. KALKAN, PINEY POINT 2023, LLC, FEDERAL NATIONAL MORTGAGE ASSOCIATION, SANDY DASIGENIS, as Substitute Trustee, JEFF LEVA, as Substitute Trustee, STEVE LEVA, as Substitute Trustee, and DAVID GARVIN, as Substitute Trustee,**<br><br>**Defendants.** | **Civil Action No. 24-cv-02906** |
| **ADIL PROPERTY, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**FERCAN E. KALKAN, PINEY POINT 2023, LLC, FEDERAL NATIONAL MORTGAGE ASSOCIATION, SANDY DASIGENIS, as Substitute Trustee, JEFF LEVA, as Substitute Trustee, STEVE LEVA, as Substitute Trustee, and DAVID GARVIN, as Substitute Trustee,**<br><br>**Defendants.** | **Civil Action No. 24-cv-02972** |

# **ORDER**

This consolidated action relating to efforts to foreclose on real property is currently set for an Initial Pretrial and Scheduling Conference on October 1, 2024. ECF 6. Before the Court is all parties' Joint Motion for Continuance of the Initial Conference. ECF 24. The parties represent that they are engaged in ongoing settlement discussions and agree that continuing the initial conference to a date after November 1, 2024 will not prejudice any party. *Id.* It is therefore

ORDERED that the October 1, 2024 conference is CANCELED. It is further

ORDERED that the Initial Pretrial and Scheduling Conference is set for December 9, 2024 at 10:45 a.m. by Zoom.

### **Join ZoomGov Meeting**
Meeting ID: 161 376 2172
Passcode: 664485

Signed on September 19, 2024, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge