United States District Court
Southern District of Texas
**ENTERED**
November 26, 2024
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| FERCAN E. KALKAN, individually, and PINEY POINT 2023, LLC, | § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:24-cv-02548 |
| v. | § § § | |
| FANNIE MAE and GAVRIEL TOSO, as Substitute Trustee, | § § § | |
| Defendants. | § § § | |

### ORDER GRANTING AGREED MOTION TO EXTEND TIME

After considering the Defendants, Fannie Mae and Gavriel Toso, as Substitute Trustee's

Agreed Motion to Extend the Time for Defendants to Reply to Plaintiffs' Response to Defendants'

Motion to Dismiss, the Court finds that the Defendants have shown good cause and

**GRANTS** the Motion to Extend the Time for the Defendants to reply.

**IT IS ORDERED** that the date for Defendants' reply is extended until December 9, 2024,

by agreement of the parties.

Signed on November 26, 2024, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge