IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FERCAN E. KALKAN, individually, and PINEY POINT 2023, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> FANNIE MAE and GAVRIEL TOSO, as Substitute Trustee, <br><br> Defendants. | § § § § § § § § § § § § § Civil Action No. 4:24-cv-02548 |

## JOINT STATUS REPORT

Defendants Federal National Mortgage Association ("**Fannie Mae**") and Gavriel Toso, as Substitute Trustee (the "**Substitute Trustee**" and together with Fannie Mae, the "**Defendants**") file this status report together with Plaintiffs Fercan E. Kalkan, individually ("**Kalkan**"), and Piney Point 2023, LLC ("**Piney Point**," and together with Kalcan, the "**Plaintiffs**"), as requested by the Court.

### Summary

1. The parties are still discussing settlement.

2. The parties are fine with the Court conducting an Initial Pretrial Conference on January 14, 2025.

| | |
|---|---|
| Dated: December 19, 2024 | Respectfully submitted, |
| By: /s/ Franklin S. Hill<br>Franklin S. Hill<br>Texas State Bar No. 24093768<br>fhill@plattrichmond.com<br>Robert N. Loughran<br>Texas State Bar No. 24111197<br>RLoughran@plattrichmond.com<br>**Platt Richmond PLLC**<br>1201 N. Riverfront Blvd., Suite 150<br>Dallas, Texas 75207<br>214.559.2700 Main<br>214.559.4390 Fax<br>*Counsel for Plaintiffs* | By: /s/ Glenn A. Ballard, Jr.<br>Glenn A. Ballard, Jr.<br>Federal I.D. No.: 825<br>State Bar No. 01650200<br>glenn.ballard@dentons.com<br>Mukul S. Kelkar<br>Federal I.D. No.: 1503770<br>State Bar No. 24063682<br>mukul.kelkar@dentons.com<br>**Dentons US, LLP**<br>1300 Post Oak Blvd., Suite 650<br>Houston, TX 77056<br>Telephone: 713.658.4600<br>Facsimile: 713.658.4689<br>*Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all parties of record on December 19, via the Court's ECF system.

*/s/ Mukul S. Kelkar*
*Mukul S. Kelkar*