United States District Court
Southern District of Texas
**ENTERED**
January 27, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FERCAN E. KALKAN, *et al* | § |
| | § |
| VS | § CIVIL ACTION NO. H-24-2548 |
| | § |
| FEDERAL NATIONAL | § |
| MORTGAGE ASSOCIATION, *et al* | § |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Plaintiff's Motion for Temporary Restraining Order (Doc. No. 98) to which Defendants r4esponded (Doc. No. 101); and Magistrate Judge Bryan's Memorandum and Recommendation (Doc. No. 104) that the Court deny Plaintiff's motion. Plaintiff filed objections (Doc. No. 107) to the Memorandum and Recommendation.

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusions. Accordingly, it is hereby

**ORDERED** that Plaintiff's Objections (Doc. No. 107) are **OVERRULED**; the Memorandum and Recommendation (Doc. No. 104) is **ADOPTED**; and Plaintiff's Motion for Temporary Restraining Order (Doc. No. 98) is **DENIED**.

SIGNED on this 27th day of January 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE