United States District Court
Southern District of Texas
**ENTERED**
October 06, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FERCAN E. KALKAN, *et al* | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-24-2548 |
| | § | |
| FEDERAL NATIONAL | § | |
| MORTGAGE ASSOCIATION, *et al* | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

Pending before the Court in the above referenced proceeding is Fannie Mae's Motion for Entry of Default Judgment (Doc. No. 127) on counterclaims against Piney Point 2023, LLC and Magistrate Judge Bryan's Memorandum and Recommendation (Doc. No. 137) that the Court deny the motion. No objections were filed and the time for doing so has passed.

The Court has reviewed the filings, the applicable law, and the Magistrate Judge's Memorandum and Recommendation, and agrees with Judge Bryan's conclusions. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 127) is **ADOPTED**; and Fannie Mae's Motion for Entry of Default Judgment (Doc. No. 127) is **DENIED**.

SIGNED on this 6th day of October 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE